UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT SIKON, Co-Administrator of the Estate of Robert Stanley Sikon, III, Deceased, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARROLL COUNTY, OHIO, et al., <br><br> Defendants. | ) CASE NO.: 5:20-CV-00674 <br> ) <br> ) JUDGE: SARA LIOI <br> ) <br> ) <br> ) **NOTICE OF SERVICE OF** <br> ) **DEFENDANTS' INITIAL** <br> ) **DISCLOSURES** <br> ) <br> ) <br> ) <br> ) |

Now come Defendants, Carroll County, Ohio, Sheriff Dale Williams and Jacob Baker, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby give notice to this Court that Defendants have duly served Initial Disclosures on October 4, 2021, upon counsel for Plaintiffs.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Patricia C. Ambrose Rubright*
JOHN T. MCLANDRICH  (0021494)
PATRICIA C. AMBROSE RUBRIGHT  (0009435)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jmclandrich@mrrlaw.com
         prubright@mrrlaw.com

*Counsel for Defendants Carroll County, Ohio, Sheriff Dale Williams and Jacob Baker*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2021, a copy of the foregoing Notice of Service of Defendants' Initial Disclosures was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  *s/Patricia C. Ambrose Rubright*
                                                  JOHN T. MCLANDRICH  (0021494)
                                                  PATRICIA C. AMBROSE RUBRIGHT  (0009435)

                                                  *Counsel for Defendants Carroll County, Ohio,*
                                                  *Sheriff Dale Williams and Jacob Baker*